O

FILED
CLERK, U.S. DISTRICT COURT

JAN - 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY A. SLUPKOWSKI,<br><br>      Plaintiff,<br><br>    v.<br><br>STATES ATTORNEY OF CALIFORNIA, et al.,<br><br>      Defendants. | Case No.  CV 08-7111 RGK (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has completed its *de novo* review of the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Plaintiff's declaration filed on December 22, 2008, which is construed as Plaintiff's Objections to the R&R.  IT IS ORDERED:

    1.    The Objections are overruled and the R&R is approved and adopted.

    2.    The Clerk is directed to enter a judgment dismissing the complaint without leave to amend.

    3.    Any other pending applications, motions or requests are terminated as moot.

IT IS FURTHER ORDERED that the clerk shall serve a copy of this Order and the Judgment on Plaintiff.

DATE: January 7, 2009

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE