UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY A. SLUPKOWSKI, | Case No. CV 08-7111 RGK (AN) |
| Plaintiff, | JUDGMENT |
| v. | |
| STATES ATTORNEY OF CALIFORNIA, et al., | |
| Defendants. | |

It is hereby adjudged and decreed that the complaint in this action is dismissed without further leave to amend for the reasons set forth in the related Report and Recommendation.

DATE: January 7, 2009

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE